UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case Number 12-20699
        Honorable R. Steven Whalen

IMAD CHEAITO,

        Defendant.
_____/

## ORDER CANCELLING EVIDENTIARY HEARING

This matter was referred for an evidentiary hearing regarding the amount of loss attributable to Defendant Imad Cheaito, for purposes of sentencing. The evidentiary hearing was commenced on July 17, 2013, and continued to September 11, 2013. On September 5, 2013, however, the parties filed a Stipulation regarding loss and amending the Rule 11 Plea Agreement [D/E 13].

Accordingly, the evidentiary hearing scheduled for September 11, 2013 is CANCELLED.

IT IS SO ORDERED.

Dated: September 10, 2013
        s/R. Steven Whalen
        R. STEVEN WHALEN
        U.S. Magistrate Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means or first class U.S. mail on September 10, 2013.

        s/Michael Williams
        Michael Williams